IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PRINCE S.J. WEBBER                                                                                    PLAINTIFF

VERSUS                                                               CIVIL ACTION NO. 5:05cv190DCB-MTP

UNITED STATES PAROLE COMMISSION, et al.                                           DEFENDANTS

ORDER

This cause comes before this court on plaintiff's letter [document #66] concerning the payment of the filing fee. On January 23, 2006, an order [document #10] was entered in the instant case conditionally granting the plaintiff in forma pauperis status, assessing him the filing fee in the amount of $250.00, and setting a payment schedule in accordance with 28 U.S.C. § 1915, as amended. The order also assessed an initial partial filing fee of $4.07. On February 21, 2006, the plaintiff paid the initial partial filing fee. He has continued to make partial payments. As indicated by the plaintiff in his letter [document #66] and as supported by the information provided by this court's finance office, the plaintiff has paid $259.37 in filing fees in this civil action. Therefore, the court has determined that the plaintiff has satisfied the filing fee as required by the order of January 23, 2006. Furthermore, he has made an overpayment of $9.37 in this civil action. Accordingly, it is

ORDERED:

(1) That the plaintiff has satisfied his financial obligation to pay the $250.00 filing fee as directed by the order [document #10] of January 23, 2006.

(2) That a refund by this court of $9.37 as well as any additional overpayments submitted for the payment of the filing fee in this civil action is to be made to the plaintiff.

**The clerk is directed to forward a copy of this order to the financial officer of this court for processing in the appropriate manner.**

(3)  That the Federal Correctional Institution, P.O. Box 6000, Florence, Colorado, or other prison at which plaintiff may be incarcerated is no longer obligated to collect the filing fee for civil action number 5:05cv190DCB-MTP from the plaintiff's inmate account and forward payments to this court as set out in the order of January 23, 2006.  **The clerk is directed to forward a copy of this order to Warden or Authorized Officer in Charge of Inmate Accounts, Federal Correctional Institution, P.O. Box 6000, Florence, Colorado.**

THIS the    13th      day of    August     , 2007.


            s/ David Bramlette
            UNITED STATES DISTRICT JUDGE