IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PRINCE S.J. WEBBER #04349-000                                                PLAINTIFF

VS.                                          CIVIL ACTION NO.  5:05cv190DCBMTP

UNITED STATES PAROLE COMMISSION
and STEVEN BRUNSON                                                           DEFENDANTS

### JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that defendants' motion for summary judgment [31] is granted and plaintiff's motions for summary judgment [57 and 60] are denied and that plaintiff's motion (demand) for judgment [64] is overruled as moot and this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause and supplemental pleadings be, and the same are hereby, dismissed with prejudice.

SO ORDERED this the    4th    day of September, 2007.


                                                   s/ David Bramlette
                                                   UNITED STATES DISTRICT JUDGE